**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Luis Angel Ramirez Ledezma,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-03497-PHX-SMB (MTM)

**ORDER**

Petitioner challenged his present immigration detention, arguing he is subject to prolonged detention in violation of his due process rights. (Doc. 1.) The Court directed Respondent to answer the Petition. (Doc. 4.) Respondents' response stated:

Respondent does not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the

Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 29th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge